# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK JONES, : | |
| Petitioner : | |
| : | CIVIL ACTION NO. 3:16-1522 |
| v. : | |
| : | (Judge Mannion) |
| DAVID J. EBBERT : | |
| Respondent : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: May 21, 2019**
16-1522-01-Order